IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANIEL E. SNODGRASS,

      Appellant,

 v.                       Case No. 5D22-2046
                              LT Case No. 2007-CF-002375

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 29, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Daniel E. Snodgrass, Lake City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.